UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LEE CREMEANS, | ) | |
| | ) | Case No. 1:06-CV-01092 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| JULIUS WILSON, | ) | Magistrate Judge Kenneth S. McHargh |
| | ) | |
| Respondent. | ) | |
| | ) | **JUDGMENT** |

The Court has filed its memorandum and order adopting the magistrate judge's report and recommendation denying Cremeans' petition for habeas corpus.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation is adopted in its entirety, Cremeans' petition for a writ of habeas corpus is denied, and this action is dismissed. This judgment is final but not appealable, as the parties have waived their right to appeal by failing to file objections. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir.1995).

                                                   */s/ Ann Aldrich*
                                                   ANN ALDRICH
                                                   UNITED STATES DISTRICT JUDGE

**Dated: September 11, 2007**